**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff ) | CRIMINAL NO. | 08mj438 |
| ) | ORDER | |
| vs. ) | RELEASING MATERIAL WITNESS | |
| Miguel Ramos-Vargas ) | | |
| Defendant(s) ) | Booking No. | |

On order of the United States District/Magistrate Judge, **Anthony J. Battaglia**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / **Case Disposed** / Order of Court).

Manuel Buenaparte-Rodriguez

DATED: 2/25/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR
W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk